IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD WILFRED STOVER, JR., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 16-1265 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| Defendant. | ) | |

O R D E R

AND NOW, this 13th day of October, 2017, after the plaintiff, Richard Wilfred Stover, Jr., filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing his claim for supplemental security income benefits, and after cross motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 28), which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment (ECF No. 14) is granted, defendant's motion for summary judgment (ECF No. 18) is denied and the case is remanded to the Social Security Commissioner for further review pursuant to Sentence Four of 42 U.S.C. § 405(g).

/s/ Joy Flowers Conti
Joy Flowers Conti
United States Chief District Judge